# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Atlas, Nancy F. | 2. Court or Organization  U. S. District of Texas, Southern District of Texas | 3. Date of Report  01/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

United States District Court
515 Rusk Street, Room 9015
Houston, TX 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee (see Section VIII, Section I, Note 1) | Trust 2 |
| 4. | Co-Trustee (see Section VIII, Section I, Note 1) | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Task Force Co-Chair | American Bar Association Section of Litigation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Trustee fees |
| 2. | 2017 | Legal consulting fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation ("SOL") | 01/13/2017 - 01/16/2017 | Southampton, Bermuda | Winter Leadership Meeting | transportation, lodging, meals |
| 2. | American Conference Institute | 01/25/2017 - 01/26/2017 | Miami, Fla | ACI Wage_Hour Claims National Forum | transportation, lodging, meals |
| 3. | American Bar Association, Section of Litigation ("SOL") | 04/12/2017 | Dallas, TX | Precision Advocacy Dallas Roadshow 2.0 | transportation, lodging, meals |
| 4. | American Conference Institute | 06/12/2017 - 06/13/2017 | New York City, NY | ACI Wage and Hour Claims Class Actions Conference | transportation, lodging, meals |
| 5. | Federal Bar Association | 06/28/2017 - 06/30/2017 | Tampa Bay, Fla | Annual National Seminar on Federal Sentencing | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

| | | | | |
|---|---|---|---|---|
| 6. | PRBANK | 08/02/2017 - 08/04/2017 | Dallas, TX | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |
| 7. | PRBANK | 08/09/2017 - 08/18/2017 | New York City, NY | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |
| 8. | PRBANK | 08/28/2017 - 09/01/2017 | New York City, NY | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |
| 9. | Korean Patent Court | 09/01/2017 - 09/09/2017 | Seoul, Korea | Speeches at International Conference | transportation, lodging, meals |
| 10. | PRBANK | 09/11/2017 - 09/15/2017 | New York City, NY | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |
| 11. | PRBANK | 09/26/2017 - 09/27/2017 | New York City, NY | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |
| 12. | PRBANK | 10/03/2017 - 10/05/2017 | New York City, NY | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |
| 13. | PRBANK | 11/07/2017 - 11/10/2017 | New York City, NY | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |
| 14. | American Bar Association, Section of Litigation ("SOL") | 11/15/2017 - 11/17/2017 | Philadelphia, PA | Women in Litigation Conference | transportation, lodging, meals |
| 15. | PRBANK | 12/05/2017 - 12/07/2017 | New York City, NY | Puerto Rico Bankruptcy Mediation | transportation, lodging, meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (Section V, Note 1) | See Section VIII | $0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBVA Compass Bank, Houston, TX | A | Interest | M | T | | | | | |
| 2. DFSIX: MFO DFA Intl Small Co Portfolio Fund | | | J | T | Buy | 03/17/17 | J | | |
| 3. Dreyfus Appreciation Fund (FN 1) | B | Dividend | M | T | | | | | |
| 4. GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | A | Int./Div. | J | T | Sold (part) | 06/16/17 | J | A | |
| 5. IRA #2 | | | | | | | | | |
| 6. - Chevron Corp Bnds 2.193% Due 11-15-2019 | B | Interest | L | T | Buy | 03/01/17 | L | | |
| 7. - Comcast Corp. New 5.7% Due 05-15-2018 BEO | C | Interest | L | T | Buy | 04/03/17 | L | | |
| 8. - Deere John Cap Corp Medium Term NTS-Book 3.15% Due 10-15-2021 | A | Interest | L | T | Buy | 04/17/17 | L | | |
| 9. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | B | Int./Div. | L | T | Sold (part) | 03/29/17 | K | A | |
| 10. - JP Morgan Chase & Co 4.5% Due 01-24-2022 REG | B | Interest | L | T | Buy | 04/17/17 | L | | |
| 11. -NFRA - MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | B | Dividend | K | T | Sold (part) | 03/01/17 | J | A | |
| 12. -NGREX - MFB Northern FDS Global Real Estate Index FD | A | Dividend | K | T | Sold (part) | 02/27/17 | J | A | |
| 13. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | D | Interest | M | T | Sold (part) | 02/27/17 | J | | |
| 14. | | | | | Sold (part) | 03/27/17 | K | | |
| 15. -NOBOX - MFB Northern FDS BD Index FD | A | Interest | | | Sold (part) | 02/27/17 | L | | |
| 16. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | B | Dividend | M | T | Sold (part) | 02/27/17 | J | | |
| 17. | | | | | Sold (part) | 03/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | K | T | | | | | |
| 19. -NOINX - MFB Northern Intl Equity Index FD | C | Dividend | M | T | Sold (part) | 02/27/17 | K | A | |
| 20. | | | | | Sold (part) | 03/27/17 | K | A | |
| 21. -NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | L | T | Sold (part) | 02/27/17 | J | B | |
| 22. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 23. - NOSIX - MFB Northern FDS STK Index FD | D | Dividend | N | T | Sold (part) | 02/27/17 | K | D | |
| 24. | | | | | Sold (part) | 03/27/17 | K | E | |
| 25. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 26. - NSIDX- MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy (add'l) | 12/22/17 | J | | |
| 27. - Pfizer Inc. 5.2% 08-12-2020 REG | B | Interest | L | T | Buy | 04/03/17 | L | | |
| 28. - TDTT- MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index FD | A | Interest | K | T | | | | | |
| 29. - Wells Fargo & Co 3.5% Due 03-08-2022 REG | A | Interest | L | T | Buy | 04/24/17 | L | | |
| 30. IRA #3 | | | | | | | | | |
| 31. - American Express Credit 2.6% 09-14-2020 | B | Interest | M | T | Buy | 04/17/17 | M | | |
| 32. - Chevron Corp Bnds 2.193% Due 11-15-2019 | B | Interest | L | T | Buy | 03/01/17 | L | | |
| 33. - Comcast Corp. New 5.7% Due 05-15-2018 BEO | C | Interest | L | T | Buy | 04/03/17 | L | | |
| 34. - Deere John Cap Corp Medium Term NTS-Book 3.15% Due 10-15-2021 | B | Interest | L | T | Buy | 03/23/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Gen Elec Cap Corp 4.625% Due 01-07-2021 | B | Interest | M | T | Buy | 04/24/17 | M | | |
| 36. - GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | D | Int./Div. | M | T | Sold (part) | 03/29/17 | L | B | |
| 37. - JP Morgan Chase & Co 4.5% Due 01-24-2022 REG | B | Interest | L | T | Buy | 03/29/17 | L | | |
| 38. - Medtronic Inc. 3.15% Due 03-15-2022 REG | B | Interest | M | T | Buy | 04/24/17 | M | | |
| 39. - NFRA - MFC Flexshares Tr Stock Global Broad Infrastructure Index FD | C | Dividend | M | T | | | | | |
| 40. - NGREX- MFB Northern FDS Global Real Estate Index FD | C | Dividend | M | T | Sold (part) | 02/27/17 | K | B | |
| 41. - NHFIX - MFB Northern Hi Yield Fxd Inc. FD | E | Interest | N | T | Sold (part) | 02/27/17 | K | | |
| 42. | | | | | Sold (part) | 03/27/17 | L | | |
| 43. - NOBOX - MFB Northern FDS BD Index FD | B | Interest | | | Sold | 05/31/17 | M | B | |
| 44. - NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | C | Dividend | N | T | Sold (part) | 02/27/17 | K | | |
| 45. | | | | | Sold (part) | 03/27/17 | K | A | |
| 46. - NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | L | T | | | | | |
| 47. - NOINX - MFB Northern Intl Equity Index FD | D | Dividend | O | T | Sold (part) | 02/27/17 | M | | |
| 48. | | | | | Sold (part) | 03/27/17 | K | A | |
| 49. - NOMIX - MFB Northern Mid Cap Index FD | C | Dividend | M | T | Sold (part) | 02/27/17 | K | D | |
| 50. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 51. -NOSIX - MFB Northern FDS STK Index FD | E | Dividend | O | T | Sold (part) | 2/27/17 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/27/17 | M | E | |
| 53. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 54. -NSIDX - MFB Northern FDS Small Cap Index FD | B | Dividend | M | T | Buy (add'l) | 12/22/17 | J | | |
| 55. - Shell Intl Fin B V 2.0% Due 11-15-2018 REG | A | Interest | M | T | Buy | 06/02/17 | M | | |
| 56. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | B | Interest | L | T | | | | | |
| 57. - Toyota Mtr Cr Corp Medium Term NTS Book Entry Mtn 2.125% Due 07-18-2 | B | Interest | M | T | Buy | 04/17/17 | M | | |
| 58. - Wells Fargo & Co New Medium Term SR NTS Book Entry Tranche # TR 0016 | B | Interest | L | T | Buy | 03/7/17 | L | | |
| 59. - Westpac BKG Corp 2.15% Due 03-06-2020 REG | A | Interest | L | T | Buy | 06/02/17 | L | | |
| 60. IRA #5 | | | | | | | | | |
| 61. -Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 62. IRA #6 | | | | | | | | | |
| 63. -Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 64. -Vanguard Small Cap Index Fund | B | Dividend | M | T | | | | | |
| 65. -Vanguard Treasury Money Market Fund | A | Interest | J | T | | | | | |
| 66. IRA #7 | | | | | | | | | |
| 67. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | | | | | |
| 68. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 70. -NOINX-Northern Intl Equity Index FD | A | Dividend | J | T | | | | | |
| 71. -NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | | | | | |
| 72. -NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | | | Sold | 12/31/17 | J | | |
| 73. Kinder Morgan Inc. (common) | A | Dividend | | | Sold | 12/13/17 | J | | |
| 74. Nexus BSP LLC | D | Int./Div. | M | U | | | | | |
| 75. NFRA - MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | |
| 76. NGREX - MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | |
| 77. NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | Sold (part) | 03/17/17 | J | A | |
| 78. | | | | | Sold (part) | 11/17/17 | J | A | |
| 79. NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | |
| 80. NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 81. NOINX - MFB Northern Intl Equity Index FD | A | Dividend | K | T | Buy (add'l) | 01/23/17 | J | | |
| 82. | | | | | Sold (part) | 03/17/17 | J | A | |
| 83. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 84. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 85. | | | | | Buy (add'l) | 07/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NOITX - MFB Northern FDS Inter Tax Exempt FD | A | Interest | K | T | Sold (part) | 01/23/17 | J | | |
| 87. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 88. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 89. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 90. NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | J | T | | | | | |
| 91. NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | Sold (part) | 03/17/17 | J | A | |
| 92. | | | | | Sold (part) | 04/21/17 | J | A | |
| 93. NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | | | | | |
| 94. ▨▨▨▨ (FN 2) | | None | J | T | | | | | |
| 95. TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | J | T | | | | | |
| 96. TPG Partners V, L.P. (FN 3) | D | Int./Div. | K | U | | | | | |
| 97. ▨▨ 401(K) (FN 4) | | | | | | | | | |
| 98. -▨▨ 401(K) Goldman Sachs Actively Managed Bond Fund | | | M | T | Buy (add'l) | 05/17/17 | J | | |
| 99. | | | | | Sold (part) | 06/21/17 | K | | |
| 100. | | | | | Sold (part) | 07/19/17 | J | | |
| 101. -▨▨ 401(K) State Street Global AllCap Eq Ex-US Ind NL Ser C1 K | | | O | T | Buy (add'l) | 05/17/17 | J | | |
| 102. | | | | | Buy (add'l) | 07/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ___ 401(K) State Street Russell Small/ Mid/Cap Ind NL Ser CI K | | | N | T | Sold (part) | 07/19/17 | J | | |
| 104. | | | | | Sold (part) | 12/20/17 | K | | |
| 105. ___ 401(K) State Street S&P500 Ind NL Ser K | | | O | T | Sold (part) | 02/22/17 | L | | |
| 106. | | | | | Sold (part) | 05/21/17 | K | | |
| 107. | | | | | Buy (add'l) | 06/21/17 | K | | |
| 108. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 109. | | | | | Sold (part) | 12/20/17 | J | | |
| 110. ___ 401(K) State Street US Bd Ind NL Ser CI K | | | L | T | Buy (add'l) | 07/19/17 | J | | |
| 111. | | | | | Buy (add'l) | 12/20/17 | K | | |
| 112. ___ 401(K) State Street US InfProt Bd Ind NL CI C | | | N | T | Buy (add'l) | 02/22/17 | L | | |
| 113. | | | | | Sold (part) | 07/19/17 | J | | |
| 114. VFF II FAF L.P. (FN 5) | E | Int./Div. | N | U | | | | | |
| 115. VFF II FAF, L.P. (Cayman) (X) | E | Int./Div. | L | U | | | | | |
| 116. Wegoma Berkshire VII, LLC (FN 6) | E | Int./Div. | J | U | | | | | |
| 117. TRUST 1 | | | | | | | | | |
| 118. --Dreyfus Appreciation Fund | G | Dividend | O | T | | | | | |
| 119. TRUST 4 (FN 7) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -BBVA Compass Bank, Houston, TX Acct. #6 | | | J | T | | | | | |
| 121. -Pacific Life Ins. (variable life) (H) (FN 7) | | | | | | | | | |
| 122. -- Batterymarch Fin. Mgemt. Inc. Int'l Small Cap (Y) | | | | | | | | | |
| 123. --BlackRock - Equity Index (formerly "Equity Index-BlackRock") | | | L | T | | | | | |
| 124. --ClearBridge Invs. LLC Var Mid Cap Core CL II | | | K | T | | | | | |
| 125. --Fidelity VIP Govt Money Market SC (formrly "Fidelity VIP Money Marke | | | J | T | | | | | |
| 126. --Franklin and BlackRock Small-Cap Equity | | | K | T | | | | | |
| 127. --MFS Inv Mgemt. Int'l Large-Cap | | | L | T | | | | | |
| 128. --Morgan Stanley Real Estate | | | K | T | | | | | |
| 129. --Oppenheimer Funds Inc. Emerging Markets | | | K | T | | | | | |
| 130. --Pacific Asset Mgemt High Yield Bond | | | K | T | | | | | |
| 131. --PIMCO Inflation Managed | | | J | T | | | | | |
| 132. --PIMCO Managed Bond | | | K | T | | | | | |
| 133. --QS Investors Int'l Small Cap | | | J | T | | | | | |
| 134. --T Rowe Price Dividend Growth Portfolio | | | L | T | | | | | |
| 135. --Van Eck Worldwide Ins. Trust VIP Global Hard Assets | | | K | T | | | | | |
| 136. TRUST 5 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - BBVA Compass Bank, Houston, TX Acct. #7 | | None | J | T | | | | | |
| 138. TRUST 6 | | | | | | | | | |
| 139. -Baltimore Cnty MD 4% 08-01-2020 BEO | A | Interest | K | T | | | | | |
| 140. -Baltimore Cnty MD 5% Due 03-01-2019 BEO | B | Interest | L | T | Buy | 03/15/17 | L | | |
| 141. -Carroll Cnty MD 5% 11-01-2021 BEO | B | Interest | K | T | | | | | |
| 142. - Clatsop Cnty Ore Sch Dist No 010 4.0% Due 06-15-2021 BEO | B | Interest | L | T | Buy | 03/15/17 | L | | |
| 143. - Connecticut St. Revolving FD Gen Rev 3.0% Due 05-01-2020 BEO | A | Interest | L | T | Buy | 06/15/17 | L | | |
| 144. -Denver COLO City & Cnty Sch Dist No 1 5% 12-01-2021 BEO | B | Interest | K | T | | | | | |
| 145. -Fairfax Cnty VA 5% 04-01-2020 BEO | B | Interest | K | T | | | | | |
| 146. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Int./Div. | K | T | | | | | |
| 147. -Kansas St Dev Fin Auth Rev 5% 02-01-2021 BEO | B | Interest | K | T | | | | | |
| 148. - Maricopa Cnty Ariz Sch Dist No 3 Tempe Elem 3.5% Due 07-01-2022 | A | Interest | L | T | Buy | 04/06/17 | L | | |
| 149. -Massachusetts St. 4% 08-01-2019 BEO | B | Interest | L | T | | | | | |
| 150. -Minnesota St 5% 10-01-2020 BEO | B | Interest | K | T | | | | | |
| 151. -New York NY City Transitional Fin Auth Rev 5% 05-01-2028 BEO | B | Interest | K | T | | | | | |
| 152. -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | K | T | | | | | |
| 153. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | | None | M | T | Sold (part) | 02/28/17 | K | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -NOGXX: MFB Northern US Govt Money Market FDS | A | Interest | K | T | | | | | |
| 155. -NOINX: MFB Northern Intl Equity Index FD | C | Dividend | M | T | Sold (part) | 02/28/17 | K | | |
| 156. -NOMXX: MFB Northern Funds Mun Money Mkt Fund (Y) | | | | | | | | | |
| 157. -North Kansas City MO Sch Dist No 74 5% 03-01-2019 BEO | B | Interest | L | T | | | | | |
| 158. -NOSIX: MFB Northern FDS STK Index Fd | B | Interest | M | T | Sold (part) | 02/28/17 | M | E | |
| 159. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 160. -Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 161. -Phoenix Ariz Civic Impt Corp Tran Excise Tax Rev 5% 07-1-2019 BEO | B | Interest | K | T | | | | | |
| 162. -Real Property, Travis Cty, TX | A | Rent | N | W | | | | | |
| 163. -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | K | T | | | | | |
| 164. TRUST 7 (FN 10) | | | | | | | | | |
| 165. -GUNR: MFC Flexshares TR Mrnngstr Global Upstrm Nat Res Index FD(FN9) | B | Int./Div. | | | Sold | 12/29/17 | L | | |
| 166. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrstrcture Index FD | B | Dividend | K | T | | | | | |
| 167. -NGREX: MFB Northern FDS Global Real Estate Index FD | B | Dividend | L | T | | | | | |
| 168. -NMHYX: MFB Northern FundsMulti Manager High Yield Opportunity Fund | D | Dividend | M | T | Buy (add'l) | 02/28/17 | K | | |
| 169. | | | | | Sold (part) | 03/14/17 | J | | |
| 170. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | K | T | | | | | |
| 172. -NOINX: MFB Northn Intl Eqty Index FD | D | Dividend | N | T | Sold (part) | 02/28/17 | K | | |
| 173. -NOMIX: MFB Northn Mid Cap Index FD | B | Dividend | M | T | Buy (add'l) | 12/22/17 | J | | |
| 174. -NOSIX: MFB Northern FDS Stk Index FD | D | Dividend | O | T | Buy (add'l) | 12/22/17 | J | | |
| 175. -NSIDX: MFB Northern FDS Small Cap Index FD | B | Dividend | L | T | Buy (add'l) | 12/22/17 | J | | |
| 176. PCRIX: MFO PIMCO FDS PAC INVT MGMT SER COMMODITY REALRETURN STRATEGY F | | None | K | T | Buy | 12/29/17 | K | | |
| 177. -Real Property, Travis Cty, TX | A | Rent | N | W | | | | | |
| 178. TRUST 8 | | | | | | | | | |
| 179. -GUNR: MFC Flexshres TR Morningstar Global Upstream Nat Res Index FD | B | Int./Div. | L | T | Buy (add'l) | 01/18/17 | J | | |
| 180. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 181. | | | | | Buy (add'l) | 06/13/17 | K | | |
| 182. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | K | T | Buy (add'l) | 01/18/17 | J | | |
| 183. -NGREX: MFB Northern FDS Global Real Estate Index FD | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 184. -NHFIX: MFB Northn Hi Yield Fxd Inc FD | D | Interest | L | T | Buy (add'l) | 01/13/17 | J | | |
| 185. | | | | | Buy (add'l) | 02/19/17 | K | | |
| 186. -NOEMX: MFB Northn Fds Emerging Mkts Eqty Eqty Index FD | B | Dividend | M | T | Buy (add'l) | 01/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 187. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 188. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 189. | | | | | Buy (add'l) | 10/10/17 | K | | |
| 190. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 191. -NOINX: MFB Northn Intl Eqty Index FD | C | Dividend | M | T | Buy (add'l) | 01/13/17 | J | | |
| 192. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 193. | | | | | Buy (add'l) | 06/09/17 | K | | |
| 194. | | | | | Buy (add'l) | 07/10/17 | K | | |
| 195. -NOITX: MFB Northern Funds Inter Tax Exempt FD | C | Interest | M | T | Sold (part) | 06/09/17 | L | | |
| 196. | | | | | Sold (part) | 10/10/17 | K | | |
| 197. -NOMIX: MFB Northn Mid Cap Index FD | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 198. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 199. | | | | | Sold (part) | 07/10/17 | J | A | |
| 200. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 201. -NOSIX: MFB Northern FDS Stk Index FD | C | Dividend | M | T | Buy (add'l) | 01/13/17 | K | | |
| 202. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 203. | | | | | Buy (add'l) | 06/09/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 07/10/17 | J | | |
| 205. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 206. -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 207. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 208. | | | | | Sold (part) | 07/10/17 | J | A | |
| 209. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 210. - NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed | A | Interest | L | T | Buy | 01/31/17 | K | | |
| 211. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 212. -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | K | T | Buy (add'l) | 02/23/17 | J | | |
| 213. -Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 214. TRUST 9 | | | | | | | | | |
| 215. - Alabama Fed Aid Hwy Fin Auth Spl Oblig Rev 5.0% Due 09-01-2025 BEO | A | Interest | K | T | Buy | 06/29/17 | K | | |
| 216. - Bay Area Toll Auth Calif Toll Brdg Rev Rmrktd 2.0% Due 04-01-2053 / | A | Interest | K | T | Buy | 08/23/17 | K | | |
| 217. - Belmore-Merrick NY Cent High Sch Dist 2% 07-15-2024 BEO | A | Interest | K | T | | | | | |
| 218. - Connecticut St 5% 10-15-2020 BEO | B | Interest | | | Sold | 10/24/17 | K | A | |
| 219. - District Columbia Income Tax Rev 5% 12-01-2019 BEO | A | Interest | | | Sold | 07/12/17 | K | A | |
| 220. - Florida St Brd Ed Lottery Rev 5.25% 07-01-2026 BEO | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. - Florida St Brd Ed Pub Ed 4% 06-01-2023 BEO | B | Interest | L | T | | | | | |
| 222. - Georgia St 5.0% Due 01-01-2024 BEO | A | Interest | | | Buy | 02/21/17 | K | | |
| 223. | | | | | Sold | 06/12/17 | K | B | |
| 224. - Kansas St Dev Fin Auth Rev 5% 12-01-2021 BEO | B | Interest | L | T | | | | | |
| 225. - Maryland St 5% 08-01-2020 BEO | B | Interest | | | Sold | 05/30/17 | K | A | |
| 226. - Massachusetts St. 5% 07-01-2023 BEO | B | Interest | K | T | | | | | |
| 227. - Metro Wastewtr Reclamation Dist Colo Swrrev 5% 04-01-2020 BEO | B | Interest | K | T | | | | | |
| 228. - Metropolitan Council Minn Minneapolis-StPaul Met Area 5% 03-01-2022 | B | Interest | K | T | | | | | |
| 229. - Minnesota St 5% 10-01-2020 BEO | A | Interest | | | Sold | 02/21/17 | K | A | |
| 230. - Missouri St Environmental Impt & Energy Unrefunded 5.0% Due 01-01-20 | A | Interest | | | Sold | 02/22/17 | K | A | |
| 231. - New York NY City Transitional Fin Auth Rev 5% 5-01-2028 BEO | A | Interest | J | T | | | | | |
| 232. - New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | A | Interest | | | Sold | 05/02/17 | K | | |
| 233. - New York St Dorm Auth St Pers Income Tax Rev 5% Due 2-15-2025 BEO | | None | K | T | Buy | 07/13/17 | K | | |
| 234. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | | None | K | T | | | | | |
| 235. -NOGXX - MFB Northern US Govt Money Market FDS (FN 11) | A | Interest | L | T | | | | | |
| 236. -NOINX: MFB Northern Intl Equity Index FD | B | Dividend | L | T | | | | | |
| 237. -NOSIX: MFB Northern FDS STK Index FD | C | Dividend | M | T | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. - Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 239. - Phoenix Ariz 4% Due 07-01-2024 BEO | A | Interest | K | T | | | | | |
| 240. -San Francisco Calif City & Cnty Pub Utils Commn Wtr Rev 5% Due 11-01 | B | Interest | K | T | | | | | |
| 241. -TDTT: MFC Flexshares Tr Tr Iboxx 3 yr Target Duration Tips Index FD | A | Interest | K | T | | | | | |
| 242. -Texas Transn Commn St Hwy FD Rev 3% Due 10-01-2021 BEO | A | Interest | K | T | | | | | |
| 243. -Triborough Brdg & Tunl Auth NY Revs 5% 11-15-2021 BEO | B | Interest | K | T | | | | | |
| 244. - Trinity River Auth Tex Regl Wastewtr Sysrev 3.0% Due 08-01-2023 BEO | A | Interest | K | T | Buy | 05/31/17 | K | | |
| 245. -Tucson Ariz 3% 07-01-2021 BEO | A | Interest | K | T | | | | | |
| 246. - Virginia Comwlth Transn Brd Transn Rev 5.0% Due 05-15-2025 BEO | | None | K | T | Buy | 12/14/17 | K | | |
| 247. - Wake Cnty N C 5.0% Due 03-01-2025 BEO | A | Interest | K | T | Buy | 03/01/17 | K | | |
| 248. -Washington St 5% Due 07-01-2024 BEO | B | Interest | K | T | | | | | |
| 249. -Washington St 5% Due 08-01-2021 BEO | B | Interest | K | T | | | | | |
| 250. TRUST 10 | | | | | | | | | |
| 251. - DFISX: MFO DFA Intl Small Co Portfolio Fund | B | Dividend | L | T | Buy | 03/17/17 | K | | |
| 252. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 253. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 254. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | C | Int./Div. | M | T | Sold (part) | 01/23/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 256. | | | | | Sold (part) | 04/21/17 | J | A | |
| 257. | | | | | Sold (part) | 06/16/17 | J | A | |
| 258. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | J | T | Sold (part) | 01/23/17 | J | A | |
| 259. | | | | | Sold (part) | 07/21/17 | J | A | |
| 260. -NGREX: MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Sold (part) | 01/23/17 | J | A | |
| 261. | | | | | Sold (part) | 07/21/17 | J | A | |
| 262. -NHFIX: MFB Northern Hi Yield Fxd Inc FD | D | Interest | L | T | Buy | 01/23/17 | M | | |
| 263. | | | | | Sold (part) | 03/17/17 | K | | |
| 264. | | | | | Sold (part) | 07/21/17 | K | A | |
| 265. -NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity Fund | | None | | | Sold | 01/23/17 | M | A | |
| 266. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | C | Dividend | M | T | Buy | 01/23/17 | M | | |
| 267. | | | | | Buy (add'l) | 03/17/17 | K | | |
| 268. | | | | | Sold (part) | 04/21/17 | J | | |
| 269. | | | | | Buy (add'l) | 07/21/17 | K | | |
| 270. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | M | T | | | | | |
| 271. -NOINX: MFB Northern Intl Equity Index FD | D | Dividend | N | T | Buy (add'l) | 01/23/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Sold (part) | 03/17/17 | L | | |
| 273. | | | | | Buy (add'l) | 04/21/17 | K | | |
| 274. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 275. | | | | | Sold (part) | 07/21/17 | J | A | |
| 276. -NOMIX: MFB Northern Mid Cap Index FD | B | Dividend | L | T | Sold (part) | 01/23/17 | J | A | |
| 277. | | | | | Sold (part) | 04/21/17 | J | A | |
| 278. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 279. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 280. -NOSIX: MFB Northern FDS STK Index FD | D | Dividend | N | T | Sold (part) | 01/23/17 | J | A | |
| 281. | | | | | Sold (part) | 03/17/17 | J | C | |
| 282. | | | | | Sold (part) | 04/21/17 | J | B | |
| 283. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 284. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 285. -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy (add'l) | 12/22/17 | J | | |
| 286. -VWO: MFC Vanguard FTSE Emerging Mkts ETF | | None | | | Sold | 01/23/17 | M | A | |
| 287. TRUST 11 (X) (FN 8) | | | | | | | | | |
| 288. - NOITX: MFB Northern Funds Inter Tax Exempt FD | A | Interest | K | T | Buy | 09/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. - NSITX: MFB Northern FDS Short Inter Tax Exempt FD | A | Interest | K | T | Buy | 09/11/17 | K | | |
| 290. - GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Ind (X) | A | Int./Div. | J | T | | | | | |
| 291. - IWB: MFC Ishares TR Russell 1000 ETF (X) | A | Dividend | K | T | | | | | |
| 292. - IWR: MFC Ishares TR Russell Mid-Cap ETF (X) | A | Dividend | J | T | | | | | |
| 293. - NGREX: MFB Northern FDS Global Real Estate Index FD (X) | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |
| 294. - NMFIX: MFB Northern Multi Manager Global Listed Infrastructure (X) | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |
| 295. - NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity (X) | B | Dividend | K | T | | | | | |
| 296. - NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD (X) | | None | J | T | | | | | |
| 297. - NOGXX - MFB Northern US Govt Money Market FDS (X) | A | Interest | J | T | | | | | |
| 298. - NOINX: MFB Northern Intl Equity Index FD (X) | A | Dividend | K | T | | | | | |
| 299. - NSITX: MFB Northern FDS Short Inter Tax Exempt (X) | A | Interest | K | T | Buy | 09/11/17 | K | | |
| 300. Trust 12 (X) | | | | | | | | | |
| 301. - Austin Tex 5.0% Due 09-01-2024 BEO (X) | | None | M | T | | | | | |
| 302. - Beaufort Cnty S C Sch Dist 5.0% Due 03-01-2021 (X) | | None | L | T | | | | | |
| 303. - Bismarck N D 5.0% Due 05-01-2022 (X) | B | Interest | M | T | | | | | |
| 304. - Connecticut St 5.0% DUE 10-15-2020 BEO (X) | | None | L | T | | | | | |
| 305. - Florida St Brd Ed Lottery Rev 5.25% Due 07-01-2026/ 07-01-2018 (X) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. - Georgia St 5.0% Due 07-01-2021 BEO (X) | | None | L | T | | | | | |
| 307. - GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Ind (X) | A | Int./Div. | J | T | Buy (add'l) | 11/02/17 | J | | |
| 308. - IWB: MFC Ishares TR Russell 1000 ETF (X) | C | Dividend | O | T | | | | | |
| 309. - IWR: MFC Ishares TR Russell Mid-Cap ETF (X) | A | Dividend | M | T | | | | | |
| 310. - Logan City Utah Sch Dist 5.0% Due 06-15-2021 BEO (X) | B | Interest | L | T | | | | | |
| 311. - Mecklenburg Cnty N C 5.0% Due 12-01-2021 BEO (X) | B | Interest | M | T | | | | | |
| 312. - Metropolitan Transn Auth NY Rev 5.0% Due 11--15-2021 BEO (X) | B | Interest | M | T | | | | | |
| 313. - Missouri St Environmental Impt & Energy Res Auth Wtr Pollutn Ctl (X) | | None | M | T | | | | | |
| 314. - New York NY City Transitional Fin Auth Rev 5.0% Due 05-01-2028 (X) | A | Interest | K | T | | | | | |
| 315. - New York St Dorm Auth St Pers Income TaxRev Unrefunded Balance (X) | | None | L | T | | | | | |
| 316. - NGREX: MFB Northern FDS Global Real Estate Index FD (X) | B | Dividend | L | T | | | | | |
| 317. - NMFIX: MFB Northern Multi Manager Global Listed Infrastructure (X) | B | Dividend | L | T | | | | | |
| 318. - NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity (X) | C | Dividend | M | T | | | | | |
| 319. - NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD (X) | | None | L | T | Buy (add'l) | 11/01/17 | K | | |
| 320. - NOGXX - MFB Northern US Govt Money Market FDS (X) | A | Interest | M | T | | | | | |
| 321. - NOINX: MFB Northern Intl Equity Index FD (X) | D | Dividend | N | T | Buy (add'l) | 11/01/17 | L | | |
| 322. - NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed (X) | A | Interest | L | T | Buy (add'l) | 11/1/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. - Pennsylvania St 5.0% Due 05-01-2020 BEO (X) | B | Interest | L | T | | | | | |
| 324. - Portland Ore Swr Sys Rev 5.0% Due 06-01-2021 (X) | B | Interest | L | T | | | | | |
| 325. - Texas St 5.0% Due 10-01-2022 BEO (X) | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 01/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I Notes:

(1) Neither I nor my spouse has a beneficial interest in Trust 2 or Trust 3. Nor did we create either trust.

Section V Notes:

(1) A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, my husband has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of either their invitation to attend the event or the event at which we sat at their table.

Section VII Notes:

(1) Every year in late March and late December, the income from the Dreyfus Appreciation Fund in Trust 1 is automatically swept into and invested in the Dreyfus Appreciation Fund held in my personal account.

(2) A loan was made, if any, on the date listed in column D(2) in the amount shown in column D(3).

(3) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. There were no capital calls this year.

(4) Although my spouse left the employ of his employer in 2006, he continues to participate in the employer's Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during my spouse's employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The investment manager of the Plan from Jan. 1 to Dec. 31, 2015, was Advised Assets Group, LLC with Empower Retirement as the recordkeeper. At the end of Dec. 31, 2015, the recordkeeper became Vanguard Professional Investment Management Services, which provided professional management services. My husband has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the limited discretion to choose any of a number of funds that are available. These funds are managed by outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends, or the amount of capital gains on sale of shares in the fund. Both the previous and the current recordkeepers informed my spouse that they cannot provide this information or the income for the year.

(5) Vista Equity Partners' VFF II FAF, L.P. is a private equity fund. In response to periodic capital calls, we invested an amount within category J on 1/04/17, 4/29/17, and 12/11/17.

(6) Wegoma Berkshire VII, L.P. is a private equity fund. There were no capital calls this year. I reported the results shown on a 7/23/18 estimated K-1. I have not yet received the final 2017 K-1.

(7) All the assets in Trust 4 except BBVA Compass Bank are investments funded by the cash value of the Pacific Life Insurance Co. life insurance policy (listed on line 121). Assets in lines 123-135 are part of that life insurance policy. Pacific Life informed my spouse that it cannot provide the income for any year. Company representatives explained that because I hold an interest in funds in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, according to the company, under applicable government regulations an insurance policy is considered an asset, not an investment.

(8) Assets in Trust 11 (listed lines 288-299) and Trust 12 (listed on lines 301-325) were inadvertently omitted from prior reports.

(9) This asset shows a 12/29/17 sale for all of the shares of this asset in the account, but a positive value on 12/31/17 because the sale trade placed on 12/29/17 was unsettled until 1/3/18.

(10) On line 244 of my 2016 FDR, where I listed an asset called "NHFIX" under Trust 7, in col. D(1) I should have typed "Sold" instead of "Sold (part)." Trust 7 did not own any of this asset in 2017. As a result, this asset is not listed under Trust 7 in this FDR.

(11) On lines 303 and 323 of my 2016 FDR, I inadvertently listed the same asset (NOGXX) twice under the same heading (Trust 9). In this FDR, I have listed it under Trust 9 only once and omitted the duplicate entry.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544